1  David E. Campana 88873
   Kusion & Campana
2  4541 Artestia Blvd.
   Lawndale, CA 90260
3  (310) 370-6164
   FAX (310) 370-6164
4  Email: dcampana2@verizon.net

5  Attorneys for Plaintiff

6  ANDRÉ BIROTTE JR.
   United States Attorney
7  LEON W. WEIDMAN
   Assistant United States Attorney
8  Chief, Civil Division
   DAVID PINCHAS
9  Assistant United States Attorney
   California Bar Number 130751
10      Federal Building, Suite 7516
        300 North Los Angeles Street
11      Los Angeles, California 90012
        Telephone: (213) 894-2920
12      Facsimile: (213) 894-7819
        E-mail address: david.pinchas@usdoj.gov
13
   Attorneys for Defendant
14 UNITED STATES OF AMERICA

15            UNITED STATES DISTRICT COURT

16        FOR THE CENTRAL DISTRICT OF CALIFORNIA

17               WESTERN DIVISION

18 BRYAN COOK,                    )   CV 10-6477 RGK (FMOx)
                                  )
19           Plaintiff           )   STIPULATION FOR
                                  )   COMPROMISE SETTLEMENT
20      v.                        )
                                  )
21 UNITED STATES OF AMERICA,      )
   and DOES 1 to 10, inclusive    )
22           Defendants.          )
                                  )
23 ──────────────────────────────

24      IT IS HEREBY STIPULATED AND AGREED by and between the

25 plaintiff, Bryan Cook, and defendant United States of America,

26 that the above-entitled action may be settled and compromised on

27 the following terms and conditions:

28      1.   The United States of America, defendant, agrees to pay

to plaintiff Bryan Cook (hereinafter "Plaintiff") the sum of $17,500.00 (the "Settlement Amount"), which sum shall be in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from the incident or circumstances giving rise to, or arising in, the above-captioned lawsuit which Plaintiff, his heirs, executors, administrators, or assigns, and each of them, now have or may hereafter acquire against the United States of America, the Department of Veterans Affairs and their current and former agents, servants, attorneys and employees.

2.   Plaintiff, and his heirs, executors, administrators and assigns hereby execute a general release of the United States and the Department of Veterans Affairs, their current and former agents, servants, attorneys and employees  and agree to accept the Settlement Amount in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from the incident or circumstances giving rise to, or arising in, the above-captioned lawsuit,  which Plaintiff may have or hereafter acquire against the United States of America, the Department of Veterans Affairs, and their current and former agents, servants, attorneys and employees.

3.   Plaintiff, his heirs, executors, administrators, and assigns further agree to reimburse, indemnify, and hold harmless the United States of America, the Department of Veterans Affairs, and their current and former agents, servants, attorneys and employees from and against any and all such causes of action,

2

1 claims, liens, rights, or subrogated or contribution interests
2 incident to or resulting from any past, present or future
3 litigation or the prosecution of claims by Plaintiff, his heirs,
4 executors, administrators, or assigns against any third party or
5 against the United States, the Department of Veterans Affairs,
6 their current and former agents, servants, attorneys and
7 employees arising out of the incident or circumstances giving
8 rise to the above-captioned lawsuit.

9    4.   In addition, and notwithstanding anything to the
10 contrary herein, Plaintiff explicitly agrees, as additional
11 consideration for this Stipulation for Compromise Settlement, to
12 waive the provisions of Section 1542 of the Civil Code of the
13 State of California, or any like provision, and Plaintiff
14 understands that said section provides:

15    A general release does not extend to claims which the
16    creditor does not know or suspect to exist in his or
17    her favor at the time of executing the release, which
18    if known by him or her must have materially affected
19    his or her settlement with the debtor.

20    5.   This Stipulation for Compromise Settlement shall not
21 constitute an admission of liability or fault on the part of the
22 United States, the Department of Veterans Affairs, their current
23 and former agents, servants, attorneys or employees, and is
24 entered into by all parties herein for the purpose of
25 compromising disputed claims and avoiding the expenses and risks
26 of litigation.
27
28

3

6.    It is also agreed, by and among the parties, that the Settlement Amount represents the entire amount of the compromise settlement and that the respective parties will each bear their own costs, fees, and expenses and that any attorney's fees owed by the Plaintiff will be paid out of the Settlement Amount and not in addition thereto.

7.    Plaintiff has been fully advised and understands that the injuries sustained in the incident giving rise to this lawsuit are of such nature that the full type and extent of such injuries are not known as of the date Plaintiff signs this Agreement, and it is further understood that said injuries, whether known or unknown as to the date Plaintiff signs this Stipulation for Compromise Settlement, might possibly become progressively worse as a result of which Plaintiff may sustain further damages.  Nevertheless, Plaintiff in signing this Stipulation for Compromise Settlement, fully releases and discharges the United States, the Department of Veterans Affairs, their current and former agents, servants, attorneys and employees forever.  Plaintiff further understands that each and every term of this Agreement is contractual and not merely a recital.

8.    Payment of the Settlement Amount will be made by a check made payable to "Bryan Cook and Kusion & Campana."  Plaintiff's attorney agrees to distribute the settlement proceeds to Plaintiff as appropriate.

9.    Liens from any and all insurance companies, health care providers, attorneys and all other persons or entities who have

4

1 | or claim to have subrogated assigned claims or liens arising out
2 | of or related to the subject matter of this suit will remain the
3 | sole responsibility of Plaintiff.

4 |     10.   In consideration of the foregoing, Plaintiff and
5 | Defendant hereby stipulate, that the Complaint and action in case
6 | no. CV 10-6477 RGK (FMOx) (C.D. Cal.) should be dismissed with
7 | prejudice, each party bearing his or its own costs and attorneys
8 | fees, pursuant to the order lodged herewith.

9 |     11.   This written agreement contains all of the agreements
10 | between the parties, and is intended to be and is the final and
11 | sole agreement between the parties.  The parties agree that any
12 | other prior or contemporaneous representations or understandings
13 | not explicitly contained in this written agreement, whether
14 | written or oral, are of no further legal or equitable force or
15 | effect.  Any subsequent modifications to this Stipulation for
16 | Compromise Settlement must be in writing, and must be signed and
17 | executed by Plaintiff and counsel for Defendants.

18 |     12.   The undersigned represent that they have reviewed and
19 | understand this agreement, and that they are fully authorized to
20 | enter into the terms and conditions of this agreement and that
21 | they agree to be bound thereby.

22 | //
23 | //
24 | //
25 | //
26 | //
27 | //
28 |

5

13.   This Stipulation shall be governed by the laws of the United States of America.

DATED: June,      2011

_____
BRYAN COOK
Plaintiff

DATED: June 14, 2011

KUSION & COMPANA

_____
DAVID E. COMPANA
Attorneys for Plaintiff

DATED: June 14, 2011

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Chief, Civil Division

_____
DAVID PINCHAS
Assistant United States Attorney
Attorneys for Defendant