David E. Campana 88873
Kusion & Campana
4541 Artestia Blvd.
Lawndale, CA 90260
(310) 370-6164
FAX (310) 370-6164
Email: dcampana2@verizon.net

Attorneys for Plaintiff

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DAVID PINCHAS
Assistant United States Attorney
California Bar Number 130751
        Federal Building, Suite 7516
        300 North Los Angeles Street
        Los Angeles, California 90012
        Telephone: (213) 894-2920
        Facsimile: (213) 894-7819
        E-mail address: david.pinchas@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| BRYAN COOK, | ) | CV 10-6477 RGK (FMOx) |
|             Plaintiff | ) | ORDER DISMISSING |
| | ) | PLAINTIFF'S COMPLAINT AND |
|   v. | ) | ACTION WITH PREJUDICE |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| and DOES 1 to 10, inclusive | ) | |
|          Defendants. | ) | |

Pursuant to the parties' Stipulation for Compromise

Settlement, IT IS HEREBY ORDERED:

    1.   Plaintiff's complaint and action are dismissed with

        prejudice in their entirety;

1    2.    Each party shall bear his or its own costs and

2          attorneys fees; and

3    3.    All Doe Defendants are hereby dismissed with prejudice.

DATED:     June 24, 2011.

_____
UNITED STATES DISTRICT JUDGE